# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2632

_____

Gregory D. Graves,                          *
                                            *
    Plaintiff - Appellant,           *
                                            *    Appeal from the United States
v.                                          *    District Court for the
                                            *    Eastern District of Arkansas.
Hubert M. Davis; P. R. Walker,              *
                                            *    **[UNPUBLISHED]**
    Defendants - Appellees.          *

_____

Submitted:  January 26, 2000
Filed:   February 4, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Gregory Graves appeals the district court's[1] grant of summary judgment dismissing his 42 U.S.C. § 1983 claims against correctional officers for excessive force and retaliation. The summary judgment record confirms that no more than minimal force was applied in response to misconduct for which Graves was

_____

[1]The HONORABLE SUSAN WEBBER WRIGHT, Chief Judge of the United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the HONORABLE HENRY L. JONES, JR., United States Magistrate Judge for the Eastern District of Arkansas.

convicted of a disciplinary infraction. Those facts preclude recovery for excessive force or retaliation. See Hudson v. McMillian, 503 U.S. 1, 9 (1992); Henderson v. Baird, 29 F.3d 464, 469 (8th Cir. 1994), cert. denied, 515 U.S. 1145 (1995). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.